### Elmo CAMPANOVER v. STATE.
#### No. 14183.

Court of Criminal Appeals of Texas.

Oct. 21, 1931.

Davidson, Blalock & Blalock, of Marshall, for appellant.

John E. Taylor, Co. Atty., and Benjamin Woodall, Asst. Co. Atty., both of Marshall, and Lloyd W. Davidson, State's Atty., of Austin, for the State.

CALHOUN, J.

The offense is violating the Sunday law; the punishment, a fine of $31.60.

In his written motion filed in this court, appellant requests that the appeal be, dismissed.

The appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.